UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
APPLESTEIN,
        Plaintiff,
        v.                                     Index No. 02-CV-1773 (TPG)
THE REPUBLIC OF ARGENTINA and THE
PROVINCE OF BUENOS AIRES,
        Defendant.
------------------------------------------------------------X
APPLESTEIN et al.,
        Plaintiffs,
        v.                                     Index No. 02-CV-4124 (TPG)
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------------X
FRANCHESCHI et al.,
        Plaintiffs,
        v.                                     Index No. 03-CV-4693 (TPG)
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------------X
APPLESTEIN,
        Plaintiff,
        v.                                     Index No. 03-CV-6268 (TPG)
THE PROVINCE OF BUENOS AIRES,
        Defendant.
------------------------------------------------------------X
MAZZINI et al.,
        Plaintiffs,
        v.                                     Index No.  03-CV-8120 (TPG)
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------------X
MORATA et al.,
        Plaintiffs,
        v.                                     Index No.  04-CV-3314 (TPG)
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------------X
MOLDES et al.,
        Plaintiffs,
        v.                                     Index No.  04-CV-6137 (TPG)
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------------X

RECEIVED FEB 02 2010 JUDGMENT CLERK'S OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10

```
-------------------------------------------------------X
CILLI et al.,                                          :
                 Plaintiffs,                           :
         v.                                            :   Index No.   04-CV-6594 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
ROSA et al,                                            :
                 Plaintiffs,                           :
         v.                                            :   Index No.   04-CV-7504 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
PASQUALI et al.,                                       :
                 Plaintiffs,                           :
         v.                                            :   Index No.   05-CV-10636 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
CONSOLINI et al.,                                      :
                 Plaintiffs,                           :
         v.                                            :   Index No.   05-CV-177 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
FERRI et al.,                                          :
                 Plaintiffs,                           :
         v.                                            :   Index No.   05-CV-2943 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
RIGUEIRO et al.,                                       :
                 Plaintiffs,                           :
         v.                                            :   Index No.   05-CV-3089 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
BETTONI et al.,                                        :
                 Plaintiffs,                           :
         v.                                            :   Index No.   05-CV-4299 (TPG)
THE REPUBLIC OF ARGENTINA,                             :
                 Defendant.                            :
-------------------------------------------------------X
```

```
------------------------------------------------------X
FEDECOSTANTE et al.,                      :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-4466 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
LISI et al.,                              :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-6002 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
ROSSINI et al.,                           :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-6200 (TPG)
THE REPUBLIC OF ARGENTINA and THE         :
PROVINCE OF BUENOS AIRES,                 :
                Defendants.               :
------------------------------------------------------X
KLEIN et al.,                             :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-6599 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
LOVATI,                                   :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-8195 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
BOTTI et al.,                             :
                Plaintiffs,               :
        v.                                :    Index No.  05-CV-8687 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
BEYER et al.,                             :
                Plaintiffs,               :
        v.                                :    Index No.  07-CV-00098 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                Defendant.                :
------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/0/10
```

------------------------------------------------------------X
BORGRA et al.,
               Plaintiffs,
     v.
THE REPUBLIC OF ARGENTINA,
               Defendant.
------------------------------------------------------------X

Index No.   07-CV-5807 (TPG)

## OMNIBUS ORDER

Plaintiffs in the above captioned cases who are listed in Exhibit A attached (the "Duane Morris Plaintiffs"), having hereby joined the Plaintiffs' Ex Parte Omnibus Motion that was presented to the Court on January 11, 2010 in *EM Ltd. And NML Capital, Ltd. v. The Republic of Argentina and Banco Central de la Republica Argentina*, No. 06 Civ. 7792 (TPG), *EM Ltd. v. Republic of Argentina*, 03 Civ. 2507 (TPG) and *NML Capital, Ltd. v. Republic of Argentina*, 03 Civ. 8845 (TPG), 05 Civ. 2434 (TPG), 06 Civ. 6466 (TPG), 07 Civ. 1910 (TPG), 07 Civ. 2690 (TPG), 07 Civ. 6563 (TPG), 08 Civ. 2451 (TPG), 08 Civ. 3302 (TPG), 08 Civ. 6978, 09 Civ. 1707 (TPG), 09 Civ. 1708 (TPG) (the "EM/NML Actions"); and

**UPON THE FILING AND REVIEW OF** the moving papers in the EM/NML Actions, including the (1) Memorandum of Law in Support of Plaintiffs' Ex Parte Motion for Orders of Attachment and Restraint, and Writs of Execution, dated January 11, 2010, (2) the Declaration of Suzanne M. Grosso dated January 11, 2010 and attached exhibits, and (3) all pleadings, papers and evidence submitted in connection with EM/NML Actions; and

**IN LIGHT OF** the Omnibus Orders granted to the Milberg Plaintiffs in *Etevob, et al. v. The Republic of Argentina*, 03 Civ. 1680 (TPG), *Denchu Investment Corp. v. The Republic of Argentina*, 03 Civ. 9538 (TPG), *Legnaro, et al. v. The Republic of Argentina and The Province of Buenos Aires*, 05 Civ. 178 (TPG), *Ferri, et al. v. The Republic of Argentina*, 05 Civ. 2943 (TPG), *Sauco, et al. v. The Republic of Argentina*, 05 Civ. 3955 (TPG), *Lisi, et al. v. The Republic of Argentina*, 05 Civ. 6002 (TPG), *Botti, et al. v. The Republic of Argentina and The Province of Buenos Aires*, 05 Civ. 8687 (TPG), *Bolland, et al. v. The Republic of Argentina*, 06 Civ. 3196 (TPG), *Amoroso, et al. v. The Republic of Argentina*, 06 Civ. 3197 (TPG), *Bliway International S.A. v. The Republic of Argentina*, 06 Civ. 3198 (TPG), *Schwald, et al. v. The Republic of Argentina*, 06 Civ. 6032 (TPG), *Ivelo Holding Corp. v. The Republic of Argentina*, 06 Civ. 7100 (TPG), *Beyer, et al. v. The Republic of Argentina*, 07 Civ. 98 (TPG), *Palladini, et*

*al. v. The Republic of Argentina*, 07 Civ. 689 (TPG), *Catto, et al. v. The Republic of Argentina*, 07 Civ. 937 (TPG), *Borgra, et al. v. The Republic of Argentina*, 07 Civ. 5807 (TPG), *Milanesi, et al. v. The Republic of Argentina*, 07 Civ. 7248 (TPG), *Heeb, et al. v. The Republic of Argentina*, 07 Civ. 10656 (TPG), *HWB Victoria Strategies Portfolio, et al. v. The Republic of Argentina*, 07 Civ. 10657 (TPG), *HWB Victoria Strategies Portfolio, et al. v. The Republic of Argentina*, 07 Civ. 11382 (TPG), *Erb, et al. v. The Republic of Argentina*, 07 Civ. 11495 (TPG), *Vaduz, et al. v. The Republic of Argentina*, 07 Civ. 11497 (TPG), *Amber Reed Corp., et al. v. The Republic of Argentina*, 08 Civ. 440 (TPG), *Etcheto, et al. v. The Republic of Argentina*, 08 Civ. 4902 (TPG), *Hageman v. The Republic of Argentina*, 08 Civ. 5436 (TPG), *Brandes, et al. v. The Republic of Argentina*, 08 Civ. 6625 (TPG), *Carabajal, et al. v. The Republic of Argentina*, 09 Civ. 8275 (TPG), *Drawrah Ltd., et al. v. The Republic of Argentina*, 09 Civ. 8299 (TPG) (the "The Milberg Plaintiffs' Orders"); and

**SUFFICIENT CAUSE BEING ALLEGED THEREFORE, IT IS HEREBY**

**ORDERED** that the Duane Morris Plaintiffs' attorneys and their respective employees are hereby specially appointed pursuant to Federal Rule of Civil Procedure ("Fed R. Civ. P.") 4.1., in addition to the U.S. Marshals Service for the Southern District of New York (the "U.S. Marshal"), to serve on any garnishee located within the jurisdiction of this Court, an Attachment Order issued on this date pursuant to Fed. R. Civ. P. 64 & 69, §§ 6201, 6202 & 6211 of the New York Civil Practice Law and Rules ("CPLR"), and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1601 et seq., thereby levying upon each such garnishee pursuant to CPLR § 6214(a) so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while the EM/NML Plaintiffs' application is pending;

**FURTHER ORDERED** that the Attachment Order shall specify in accordance with CPLR § 6202 that it applies to any property in the United States (whether real or personal, tangible or intangible presently existing or hereafter arising), which could be assigned or transferred as provided in N.Y. C.P.L.R. § 5201, including but not limited to cash, gold, special drawing rights, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims and contractual rights, and interests of any kind in the foregoing (collectively, the "Property"), directly or indirectly held or maintained in the name of,

in a trust held by, or for the use or benefit of Banco Central de la Republica Argentina ("BCRA"), whether for its own account of for the benefit of Defendant, the Republic of Argentina ("Argentina"), EXCLUDING: (a) property belonging to the embassy, consulate, or permanent mission to the United Nations of Argentina; and (b) any property that is, or is intended to be, used in connection with the military activity, and is of a military character or is under the control of a military or defense agency.

**FURTHER ORDERED** that no Property shall be taken into actual custody by any enforcement officer pursuant to the Attachment Order pending further order of this Court;

**FURTHER ORDERED** that pursuant to CPLR § 6214(e), the levy effected pursuant to service of the Attachment Order on each garnishee is extended until 30 days following final resolution of the EM/NML Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals;

**FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 64 & 69, CPLR § 5230, and 28 U.S.C. § 1610(c), the Duane Morris Plaintiffs' attorneys and their respective employees are authorized to deliver to the U.S. Marshal writs of execution or orders of attachment directed to the Property, which are to be levied by service immediately pursuant to CPLR § 5232 upon any located garnishee within the jurisdiction of this Court, so as to maintain priority pursuant to CPLR § 5234 in relation to other creditors of Argentina while the EM/NML Plaintiffs' application is pending;

**FURTHER ORDERED** that the U.S. Marshal is directed to defer seizure of any Property from any garnishee located within the jurisdiction of this Court pending further order of this Court;

**FURTHER ORDERED** that pursuant to CPLR § 5232(a), the levies effected pursuant to service of the writs of execution on any garnishee located within the jurisdiction of this Court are extended until 30 days following final resolution of the EM/NML Plaintiffs' application, including any related appeals, proceedings on remand, and any subsequent appeals;

**FURTHER ORDERED** that pursuant to CPLR § 5230(c), the time for any Enforcement Officer to serve the writs of execution and to return said executions to the Clerk of the Court is extended an additional 60 days;

**FURTHER ORDERED** that the Duane Morris Plaintiffs' attorneys and respective employees shall effect personal service of this Omnibus order upon counsel for Argentina – Cleary, Gottlieb Stern & Hamilton, One Liberty Plaza, New York, New York 10006, attention Carmine Boccuzzi, Esq., and BCRA – Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, attention Joseph E. Neuhaus, Esq. (or such other counsel as BCRA may designate); and

**FURTHER ORDERED** that opposing papers, if any, are to be served upon counsel for the Duane Morris Plaintiffs', Duane Morris LLP, 1540 Broadway, New York, New York 10036, attention Anthony J. Costantini, Esq.

Dated: New York, New York
February 4, 2010
11 : 00 A.M.

ENTERED
_____
Thomas P. Griesa
United States District Judge

Dated: New York, New York
February 1, 2010

Respectfully submitted,
DUANE MORRIS LLP

By: _____
Anthony J. Costantini
Rudolph J. DiMassa
Gerard S. Catalanello
Spensyr Ann Krebsbach
1540 Broadway
New York, New York 10036
Telephone: 212-692-1000
Facsimile: 212-692-1020
dimassa@duanemorris.com
gcatalanello@duanemorris.com
ajcostantini@duanemorris.com
sakrebsbach@duanemorris.com

*Attorneys for the Duane Morris Plaintiffs*